IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WAYNE ROOKS, JR.**                                                            **PLAINTIFF**

**V.**                    **CASE NO. 4:21-CV-214-KGB-BD**

**LUCAS EMERTON,** *et al.*                                            **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.**      **Procedures for Filing Objections**

This Recommendation for dismissal has been sent to Judge Kristine G. Baker. Mr. Rooks may file objections if he disagrees with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If Mr. Rooks does not file objections, he risks waiving the right to appeal questions of fact. And, if no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record.

**II.**      **Discussion**

Wayne Rooks is currently held at the Van Buren County Jail. He filed this lawsuit on March 18, 2021, claiming that jailers violated his rights in a number of ways. (Doc. No. 1) Mr. Rooks did not file a completed *in forma pauperis* (IFP) application or pay the filing fee at the time he filed his complaint. The Court ordered him to address the filing fee requirement by Monday, April 19, 2021. (Doc. No. 2)

To date, Mr. Rooks has not complied with the March 19 Order or otherwise contacted the Court. He was specifically cautioned that his claims could be dismissed if he failed to address the filing fee requirement.

### III.  Conclusion

The Court recommends that this case be DISMISSED, without prejudice, based on Mr. Rooks's failure to satisfy the statutory filing fee requirement within the time allowed.

DATED, this 20th day of April, 2021.

_____
UNITED STATES MAGISTRATE JUDGE