IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WAYNE ROOKS, JR.**                                                                                           **PLAINTIFF**

v.                                        **Case No. 4:21-cv-00214-KGB**

**LUCAS EMERTON,** *et al.*                                                                              **DEFENDANTS**

## ORDER

When plaintiff Wayne Rooks, Jr. filed this lawsuit, he was in custody at the Van Buren County Jail (Dkt. No. 1). On April 27, 2021, mail to Mr. Rooks at the Van Buren County Jail was returned undeliverable (Dkt. No. 4). As a result, the Court entered a show cause Order to require Mr. Rooks to inform the Court of his current contact information within 30 days of the entry of the show cause Order and to provide the Court with a valid mailing address (Dkt. No. 5). The Court notified Mr. Rooks that failure to provide the Court with a valid mailing address within 30 days may result in dismissal of his case without prejudice for failure to prosecute (*Id.*). *See* Local Rule 5.5 of the United States District Court for the Eastern and Western Districts of Arkansas. As of the date of this Order, Mr. Rooks has not complied with or otherwise responded to the Court's August 1, 2022, Order, and the time for doing so has passed. Accordingly, Mr. Rooks's complaint is dismissed without prejudice for failure to prosecute (Dkt. No. 1), and the pending Recommended Disposition is denied as moot (Dkt. No. 3). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

It is so ordered this 6th day of September, 2022.

*Kristine G. Baker*
_____
Kristine G. Baker
United States District Judge