IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WAYNE ROOKS, JR.**                                                                                 **PLAINTIFF**

v.                                                **Case No. 4:21-cv-00214-KGB**

**LUCAS EMERTON,** *et al.*                                                           **DEFENDANTS**

### JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Wayne Rooks, Jr.'s complaint is dismissed without prejudice (Dkt. No. 1). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

It is so ordered this the 6th day of September, 2022.

                                                                           _____
                                                                            Kristine G. Baker
                                                                            United States District Judge